# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2203
Lower Tribunal No. CF99-006968-XX

_____

OSCAR HODGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2)from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and GANNAM, JJ., concur.


Mark H. Klein, of MHK Legal, PLLC, Coral Springs, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED